**Jason L. AMIN–BEY, now being, by Faith–Based Monen Correction, Holy Pharoah Maikha' Elohim Rusul' Alu–Admiral Ala'ad–Din Lunariel Solariel Al'Ahezaah El–Bey., Ed. D., Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 14–7538.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 20, 2015.

Decided: March 5, 2015.

Jason L. Amin–Bey, Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Jason L. Amin–Bey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice pursuant to Fed.R.Civ.P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Amin–Bey v. United States*, No. 1:14–cv–00553–TSE–TCB (E.D.Va. Sept. 26, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*